# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Okra, LLC and Goldfinger, Inc., | ) | Civil Action No: 2:18-cv-08-MBS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| Randem, Inc., d/b/a Peach State Distributing Company, Riley H. Moseley, III, and Elizabeth Moseley, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 41 (a)(1)(A)(ii), <u>Federal Rules of Civil Procedure</u>, it is hereby stipulated by the undersigned, counsel for all parties, that this matter has been resolved and is hereby dismissed with prejudice, and without costs to any party.

| | |
|---|---|
| /s/ Val H. Stieglitz | /s/ Saunders M. Bridges, Jr. |
| Val H. Stieglitz, Fed. ID #4318 | Saunders M. Bridges, Jr., Fed. ID #1472 |
| Nexsen Pruet, LLC | Aiken Bridges Elliott Tyler & Saleeby, PA |
| 1230 Main Street, Suite 7700 | 181 E. Evans Street, Suite 409 |
| Post Office Drawer 2426 | Post Office Drawer 1931 |
| Columbia, SC 29202 | Florence, SC 29503 |
| Tel: (803) 253-8262 | Tel: (843) 669-8787 |
| Fax: (803) 737-1496 | Fax: (843) 664-0097 |
| E-Mail: vstieglitz@nexsenpruet.com | E-Mail: smb@aikenbridges.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

Date:   June 20, 2018